```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
GRISELLE VICIOSO,                                                 :
                                                                  :
                         Plaintiff,                               :
                                                                  :           21-cv-10116 (LJL)
            -v-                                                   :
                                                                  :                ORDER
SCOTT SHARIN, et al.,                                             :
                                                                  :
                         Defendants.                              :
                                                                  :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

On February 10, 2022, the Court scheduled an initial pretrial conference in this matter for March 7, 2022. The docket notes that the mailed scheduling order for the initial pretrial conference was returned to the sender as undeliverable. The *pro se* plaintiff did not appear at that conference.

There are two pending motions from the defendants to dismiss the complaint for lack of jurisdiction, Dkt. Nos. 15, 20; there is also a pending motion from the plaintiff for entry default judgment, Dkt. No. 25. The motion for default judgment at Dkt. No. 25 is DENIED; all defendants appeared and filed motions to dismiss prior to the entry of the motion for default judgment. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 25.

Plaintiff is directed to respond to the pending motions to dismiss by April 15, 2022; plaintiff is warned that failure to respond may result either in the Court considering the motions to dismiss as unopposed or dismissing this case for failure to prosecute.

The Clerk of Court is respectfully directed to mail a copy of this Order to the plaintiff. Defendants are directed to send a copy of this order to the plaintiff by any means through which they have previously communicated with her.

SO ORDERED.

Dated: March 15, 2022
       New York, New York                    _____
                                                       LEWIS J. LIMAN
                                                  United States District Judge