```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
GRISELLE VICIOSO,                                                  :
                                                                   :
                                Plaintiff,                         :
                                                                   :         21-cv-10116 (LJL)
        -v-                                                        :
                                                                   :             ORDER
SCOTT SHARIN, et al.,                                              :
                                                                   :
                                Defendants.                        :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/31/2022

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of Plaintiff's motion to set a hearing date, at Dkt. No. 32. That motion is DENIED in light of the currently pending motions to dismiss. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 32.

The Court had previously scheduled an initial pretrial conference for March 7, 2022, at which Plaintiff failed to appear and which was therefore cancelled. That conference, at which the Court will address scheduling and case management, is rescheduled to **April 20, 2022 at 12:00 p.m.** The parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

The parties are directed to jointly submit to the Court a proposed Case Management Plan and Scheduling Order by one week before that conference. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman.

Plaintiff is further reminded to respond to the pending motions to dismiss by **April 15, 2022** and is warned that failure to respond may result either in the Court considering the motions to dismiss as unopposed or dismissing this case for failure to prosecute.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff. Defendants are directed to send a copy of this order to Plaintiff by any means through which they have previously communicated with her.

SO ORDERED.

Dated: March 31, 2022
       New York, New York                      _____
                                                      LEWIS J. LIMAN
                                                      United States District Judge