**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
GRISELLE VICIOSO,

                Plaintiff,

   -against-                                    21 **CIVIL** 10116 (LJL)

                                                **JUDGMENT**

SCOTT SHARINN; THE J.D. STUART LAW GROUP,
LLC; UNIFUND CCR PARTNERS; HENRY DALE,
MARSHAL OF THE CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 22, 2022, the motions to dismiss are granted.

The motion at Docket No. 37 is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

      June 15, 2022

                                                         **RUBY J. KRAJICK**

                                                         _____
                                                          **Clerk of Court**
                               **BY:**        _K. Mango_____
                                                          **Deputy Clerk**